COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 November 9, 2016
 No. 10-16-00369-CV
 IN RE MIKE HICKS
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Mike Hicks has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that Lee Brown and Scotty MacLean are awarded judgment against Mike Hicks for Lee Brown's and Scotty MacLean's costs that were paid, if any, by Lee Brown and Scotty MacLean; and all unpaid appellate court cost, if any, is taxed against Mike Hicks.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
1199071782339300 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk